# United States District Court
## Western District of North Carolina
## Division

| | | |
|---|---|---|
| **DEBBIE OLLIS WEBB,,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16-cv-00277 |
| | ) | 1:13-cr-00077 |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 22, 2016 Order.

August 22, 2016

*Frank G. John*

Frank G. Johns, Clerk
United States District Court